UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13-5697 BHS |
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENT |
| DAVID THEODORE PICKERNELL, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of the defendant to file the Defendant's Sentencing Memorandum and corresponding Exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and corresponding Exhibits be filed under seal.

DATED this 5th day of February, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Miriam Schwartz*
Federal Public Defender
Attorney for David Pickernell

ORDER TO SEAL DOCUMENT
(*United States v. Pickernell*; CR13-5697 BHS) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**